# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2768 Disciplinary Docket No. 3 |
| | : |
| ADAM LUKE BRENT | : Board File Nos. C1-20-540 and C1-20-730 |
| | : |
| | : (Supreme Court of New Jersey, D-80 |
| | : September Term 2019, and D-162 |
| | : September Term 2019) |
| | : |
| | : Attorney Registration No. 90834 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of February, 2021, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Adam Luke Brent is suspended from the practice of law for a period of three years in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.